# PD-1578-14

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 31 2014

Abel Acosta, Clerk

Cause No. _____

## IN THE

## TEXAS COURT OF CRIMINAL APPEALS

---

| | | |
|---|---|---|
| DARRELL DEWAYNE SNEED<br>Petitioner | § | |
| | § | TRIAL COURT CASE #F11-60730-Y |
| vs. | § | |
| | § | |
| THE STATE OF TEXAS<br>Respondent | § | COURT OF APPEALS #05-12-01061-CR |
| | § | |

FILED IN
COURT OF CRIMINAL APPEALS

DEC 31 2014

Abel Acosta, Clerk

---

## PRO-SE MOTION REQUESTING LEAVE TO FILE AN ORIGINAL COPY
## ONLY OF THE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Darrell Dewayne Sneed, Petitioner, pro-se, in the above styled and numbered cause, and respectfully moves this Honorable Court to grant leave to file an original copy only of the Petitioner's Petition For Discretionary Review. The Petitioner would show the following in support:

1. The style and appeal number in the Fifth Court of Appeals is: Darrell Dewayne Sneed v. The State Of Texas, Appeal No. 05-12-01061-CR.

2. The Petitioner moves that, pursuant to Rule 2, Rules of Appellate Procedure, this Court suspend Rule 9.3(b) T.R.A.P., that requires the filing of (11) eleven copies of the Petition For Discretionary Review with the Court.

3. The facts relied upon to show good cause for this request is that the Petitioner is indigent, is incarcerated, is not

-1-

permitted to earn or handle money, does not have access to a copy machine, and is unable to obtain a loan due to inability to pay it back.

WHEREFORE, ALL PREMISES CONSIDERED, the Petitioner respectfully requests this Honorable Court grant leave for the Petitioner leave for the Petitioner to file an original copy only of the Petition For Discretionary Review with the Court.

Respectfully Submitted, *Darrell D. Sneed #1800663*

Darrell Dewayne Sneed, TDCJ-CID #1800663
Alfred Stringfellow Unit
1200 F.M. 655
Rosharon, Texas 77583

## CERTIFICATE OF SERVICE

The Petitioner certifies that a true and correct copy of the above Motion has been served by placing the same in the internal mailing system of the Stringfellow Unit, postage prepaid, first class mail addressed to the following:

Craig Watkins
**DALLAS COUNTY DISTRICT ATTORNEY**
Frank Crawley Courts Building
133 N. Riverfront Bld., 9th Floor LB19
Dallas, Texas 75207

and Office of the State Prosecuting Attorney, P.O. Box 12405, Capitol Station, Austin, Texas 78711.

EXECUTED on this the 15 day of December , 2014.

*Darrell D. Sneed #1800663*

Darrel Dewayne Sneed, TDCJ-CID #1800663

Petitioner, Pro-Se

-2-